## IN THE UNITED STATE DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY SMITH and RANDY CARTER, | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| v. | ) 04-00730-CB-M |
| BRUNO'S SUPERMARKETS, INC., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Pursuant to separate orders entered this date granting defendant's motion for summary judgment as to the claims of both plaintiffs, it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the plaintiffs, Kimberly Smith and Randy Carter against the defendant, Bruno's Supermarkets, Inc., be and hereby are **DISMISSED** with prejudice.

**DONE** this the 22nd day of August, 2006.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**